[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10092

Non-Argument Calendar

_____

DIEGO TRINIDAD,
individually and on behalf of all others
similarly situated,

                                        Plaintiff-Appellant,

JOSE IGNACIO RIVERO,

                                                    Plaintiff,

*versus*

TRIVAGO GMBH,
a German limited liability company, et al.,

                                                  Defendants,

2                         Opinion of the Court                    25-10092

HOTELS.COM L.P.,

HOTELS.COM GP,

ORBITZ, LLC,

EXPEDIA GROUP, INC.,

                                                Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-22629-FAM

————————————————

Before NEWSOM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Diego Trinidad, proceeding *pro se*, appeals from the district court's November 5, 2024, entry of judgment in favor of the defendants. Trinidad initially filed a notice of appeal challenging the November 5 judgment, which initiated appeal number 24-13855. That appeal was dismissed for want of prosecution.

On January 6, 2025, one day before his initial appeal was dismissed, Trinidad filed in this Court a document that was transferred to the district court as a construed separate notice of appeal, which initiated this appeal. The defendants move to dismiss this appeal for lack of jurisdiction because the operative notice of appeal

for this appeal is untimely and because this appeal is duplicative of appeal number 24-13855.

We lack jurisdiction over this appeal because Trinidad's operative construed notice of appeal is untimely. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). Trinidad had until December 5, 2024, to file a notice of appeal from the November 5 judgment, but he did not file his operative notice until January 6, 2025. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

Accordingly, we GRANT the motion to dismiss and DISMISS this appeal for lack of jurisdiction.